IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES LOEWE,

      Petitioner,

-vs-

JAMES N. CROSS,

      Respondent.                    No. 11-cv-1008-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on April 17, 2014, the Report and Recommendation of Magistrate Judge Clifford J. Proud is adopted in its entirety. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DENIED** and **DISMISSED** with prejudice.

                    NANCY J. ROSENSTENGEL,
                    CLERK OF COURT


                    BY:  s/*Sara Jennings*
                          Deputy Clerk

**DATED:** April 17, 2014

Digitally signed by David R. Herndon
Date: 2014.04.17 12:52:21 -05'00'

**APPROVED:**
      CHIEF JUDGE
      U. S. DISTRICT COURT